No. 90, Misc.   BELL *v.* COCHRAN, CORRECTIONS DIREC-TOR.   Supreme Court of Florida.   Certiorari denied.

No. 93, Misc.   JOHNSON *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 94, Misc.   HOLLAND *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 95, Misc.   ANDERSON *v.* CALIFORNIA.   Supreme Court of California.   Certiorari denied.

No. 96, Misc.   HAWRYLIAK *v.* MARONEY, CORRECTIONAL SUPERINTENDENT.   Supreme Court of Pennsylvania. Certiorari denied.

No. 97, Misc.   ELLINGER *v.* WARDEN, MARYLAND PENI-TENTIARY.   C. A. 4th Cir.   Certiorari denied.

No. 114, Misc.   MACDONALD *v.* DUNNE, JUDGE, ET AL. C. A. 7th Cir.   Certiorari denied.

No. 115, Misc.   GRAVES *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *T. Emmett McKenzie* for petitioner.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for the United States.